**Abatement Order filed September 10, 2020**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00843-CV**

_____

**EITAN LEVY AND NILI LEVY, Appellants**

**V.**

**GARY LEACH, Appellee**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-56345**

## ABATEMENT ORDER

Appellee has notified this court that two exhibits have been omitted from the reporter's record. According to appellee, the parties dispute whether the trial court admitted these exhibits into evidence. Rule 34.6 (e)(3) of the Texas Rules of Appellate Procedure provides that this court may submit such a dispute to the trial court for resolution. *See* Tex. R. App. P. 34.6(e)(3).

Accordingly, we direct the trial to conduct a hearing to determine whether Exhibits 13 and 14 were admitted during trial. The court is directed to reduce its findings to writing and to create a supplemental clerk's record containing those findings. If the court finds that the exhibits were admitted, the court reporter is directed to include a copy of those exhibits in a supplemental reporter's record.

The supplemental records are ordered to be filed with the clerk of this court **within 45 days** of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.